```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00219
   HOWARD ERIC SPINNER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2463


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/07/2008 and was not confirmed.

     The case was dismissed without confirmation 06/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------

CREDIT FIRST NA           UNSECURED            99.43           .00             .00
PHH MORTGAGE SERVICES     CURRENT MORTG          .00           .00             .00
PHH MORTGAGE SERVICES     MORTGAGE ARRE          .00           .00             .00
DELL FINANCIAL SERVICES   SECURED NOT I       200.00           .00             .00
PHH MORTGAGE SERVICES     MORTGAGE ARRE      9500.00           .00             .00
WORLD FINANCIAL NETWORK   UNSECURED          1277.03           .00             .00
VICTORIA SECRET           UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED           475.00           .00             .00
TARGET                    UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED           728.10           .00             .00
DELL FINANCIAL SERVICES   UNSECURED         NOT FILED          .00             .00
AT & T MOBILITY           UNSECURED         NOT FILED          .00             .00
RP LUMBER CO              UNSECURED         NOT FILED          .00             .00
PAYCOR                    UNSECURED         NOT FILED          .00             .00
VERIZON                   UNSECURED         NOT FILED          .00             .00
AMERENCIPS                UNSECURED         NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED          5075.77           .00             .00
MERRILL LYNCH BANK USA    UNSECURED          8398.75           .00             .00
FIRESTONE                 UNSECURED         NOT FILED          .00             .00
WALMART                   UNSECURED         NOT FILED          .00             .00
3110 N SHERIDAN CONDO AS  MORTGAGE ARRE      3430.00           .00             .00
AMERICAN GENERAL FINANCE  CURRENT MORTG          .00           .00             .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE      4020.00           .00             .00
USAA FEDERAL SAVINGS BAN  CURRENT MORTG          .00           .00             .00
USAA FEDERAL SAVINGS BAN  MORTGAGE ARRE       500.00           .00             .00
ROUNDUP FUNDING LLC       UNSECURED          2974.22           .00             .00
TOVROV LAW OFFICES        DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                          4,320.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   4,320.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00219 HOWARD ERIC SPINNER
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                    4,320.00
                                        ---------------    ---------------
TOTALS                                         4,320.00           4,320.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE